## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Kimberly J Miller
      Aaron Lee  Garret Miller aka AaronLee
Garret Miller

                  Debtor(s)

BK NO. 26-02155-HWV

Chapter 13

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of M&T Bank and index same on the master mailing list.

Respectfully submitted,

/s/ *Maggie Soboleski*

Maggie Soboleski
05 Aug 2026, 15:15:19, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 575b6595b6efb0cbdf8e7c46b1c24c83705c7453ad2374aec4246a6f06455f8b