United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 26-02155-HWV |
| Kimberly J Miller | Chapter 13 |
| Aaron Lee Garret Miller | |
| Debtors | |

# CERTIFICATE OF NOTICE

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberly J Miller, Aaron Lee Garret Miller, 1409 N George St, York, PA 17404-2014 |
| 5821978 | + | Afterpay US, Inc. / Klarna, PO Box 328, ATTN Bankruptcy, San Francisco, CA 94104-0328 |
| 5822002 | + | Mariner Finance, 2528 Eastern Blvd, York, PA 17402-2902 |
| 5822006 | | OSS Health, PO Box 7126, Lancaster, PA 17604-7126 |
| 5821976 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5822007 | | Penn State Hershey Hospital, 500 University Drive, Carlisle, PA 17013-3000 |
| 5822022 | + | UPMC Memorial, 1701 Innovation Drive, York, PA 17408-8815 |
| 5822023 | | Upstart, 2950 Soutn Delaware Street, Suite 300, San Mateo, CA 94430 |
| 5822024 | + | Webbank/onemain/fis, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: dmcutaia@gmail.com | Aug 03 2026 18:53:00 | Dawn Marie Cutaia, Fresh Start Law, PLLC, 1701 West Market Street, York, PA 17404 |
| tr | | Email/Text: info@pamd13trustee.com | Aug 03 2026 18:53:00 | Jack N Zaharopoulos, Standing Chapter 13, (Trustee), 8125 Adams Drive, Suite A, Hummelstown, PA 17036 |
| ust | + | Email/Text: ustpregion03.ha.ecf@usdoj.gov | Aug 03 2026 18:53:00 | United States Trustee, US Courthouse, 1501 N. 6th St, Harrisburg, PA 17102-1104 |
| 5821977 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Aug 03 2026 19:03:58 | Affirm, 633 Folsom Street, 7th Floor, San Francisco, CA 94107-3618 |
| 5821979 | + | Email/PDF: bncnotices@becket-lee.com | Aug 03 2026 19:03:54 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5821980 | + | Email/Text: bk@avant.com | Aug 03 2026 18:53:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 5821981 | | EDI: BANKAMER | Aug 03 2026 22:54:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 5821982 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Aug 03 2026 19:03:58 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5821985 | + | Email/Text: bankruptcy@cfi.org | Aug 03 2026 18:53:00 | CFNC, Attn: Bankruptcy, P.O. Box 41966, Raleigh, NC 27629-1966 |
| 5821993 | | Email/Text: cfcbackoffice@contfinco.com | Aug 03 2026 18:53:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 5821983 | + | EDI: CAPITALONE.COM | Aug 03 2026 22:54:00 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5821984 | + | EDI: CAPITALONE.COM | Aug 03 2026 22:54:00 | Capitalone, Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5821986 | + | EDI: JPMORGANCHASE | | |

| | | | |
|---|---|---|---|
| | | Aug 03 2026 22:54:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5821987 | + EDI: CITICORP | Aug 03 2026 22:54:00 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 5821988 | + EDI: CITICORP | Aug 03 2026 22:54:00 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5821989 | + Email/Text: Bankruptcy.RI@Citizensbank.com | Aug 03 2026 18:53:00 | Citizensbk, Attn: Bankruptcy, One Citizens Dr., Providence, RI 02903-1344 |
| 5821990 | + EDI: WFNNB.COM | Aug 03 2026 22:54:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5821991 | + EDI: WFNNB.COM | Aug 03 2026 22:54:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5821992 | + Email/Text: bankruptcy@connexuscu.org | Aug 03 2026 18:53:00 | Connexus Credit Union, Attn: Bankruptcy Department, P.O.Box 8026, Wausau, WI 54402-8026 |
| 5821994 | + Email/PDF: creditonebknotifications@resurgent.com | Aug 03 2026 19:03:49 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5821995 | + EDI: DISCOVERPL | Aug 03 2026 22:54:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 5821996 | + EDI: DISCOVER | Aug 03 2026 22:54:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5821998 | Email/Text: collecadminbankruptcy@fnni.com | Aug 03 2026 18:53:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 5821997 | + Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 03 2026 19:03:49 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5821999 | + EDI: PHINGENESIS | Aug 03 2026 22:54:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5821974 | EDI: IRS.COM | Aug 03 2026 22:54:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5822000 | Email/Text: customerservice.us@klarna.com | Aug 03 2026 18:53:00 | Klarna, 629 N. High Street, Suite 300, Columbus, OH 43215 |
| 5822001 | Email/Text: camanagement@mtb.com | Aug 03 2026 18:53:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5822004 | Email/Text: BankruptcyEast@firstenergycorp.com | Aug 03 2026 18:53:00 | Met Ed, PO Box 16001, Reading, PA 19612-6001 |
| 5822003 | + Email/Text: bankruptcy@marinerfinance.com | Aug 03 2026 18:53:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5822005 | + EDI: AGFINANCE.COM | Aug 03 2026 22:54:00 | One Main Financial, 1 Kennedy St, Lancaster, PA 17602-4098 |
| 5822008 | + Email/PDF: ProsperBKDetection@resurgent.com | Aug 03 2026 19:03:49 | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 5822009 | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Aug 03 2026 18:53:00 | Sezzle, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 5822010 | + EDI: AGFINANCE.COM | Aug 03 2026 22:54:00 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5822012 | + EDI: SYNC | Aug 03 2026 22:54:00 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5822011 | + EDI: SYNC | Aug 03 2026 22:54:00 | Syncb/belk, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5822013 | + EDI: SYNC | Aug 03 2026 22:54:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po |

|  |  |  |  | Box 965060, Orlando, FL 32896-5060 |
|---|---|---|---|---|
| 5822014 | + EDI: SYNC | | Aug 03 2026 22:54:00 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5822015 | + EDI: SYNC | | Aug 03 2026 22:54:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 5822016 | + EDI: SYNC | | Aug 03 2026 22:54:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5822017 | + EDI: SYNC | | Aug 03 2026 22:54:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5822018 | + EDI: SYNC | | Aug 03 2026 22:54:00 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5822019 | + EDI: SYNC | | Aug 03 2026 22:54:00 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5822020 | + EDI: WTRRNBANK.COM | | Aug 03 2026 22:54:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5822021 | Email/Text: bknotice@upgrade.com | | Aug 03 2026 18:53:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 5822025 | + EDI: WFFC2 | | Aug 03 2026 22:54:00 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 5822026 | + Email/Text: bankruptcynotification@wellspan.org | | Aug 03 2026 18:53:00 | Wellspan Health, 1001 S. George St., York, PA 17403-3676 |
| 5821975 | + Email/Text: kcm@yatb.com | | Aug 03 2026 18:53:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 48

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2026                Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2026 at the address(es) listed below:

**Name**                          **Email Address**

Dawn Marie Cutaia
                       on behalf of Debtor 2 Aaron Lee Garret Miller dmcutaia@gmail.com

cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com

Dawn Marie Cutaia

                        on behalf of Debtor 1 Kimberly J Miller dmcutaia@gmail.com
                        cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com

Jack N Zaharopoulos
                        ecf@pamd13trustee.com

United States Trustee
                        ustpregion03.ha.ecf@usdoj.gov


TOTAL: 4

| | | | |
|---|---|---|---|
| Debtor 1: | **Kimberly J Miller** | Social Security number or ITIN: | xxx–xx–5794 |
| | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| Debtor 2: | **Aaron Lee Garret Miller** | Social Security number or ITIN: | xxx–xx–6473 |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN: _ _–_ _ _ _ _ _ _ | |
| United States Bankruptcy Court: | Middle District of Pennsylvania | Date case filed for chapter: 13  7/31/26 | |
| Case number: | 1:26–bk–02155–HWV | | |

## Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

04/19/21

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. §1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kimberly J Miller | Aaron Lee Garret Miller |
| 2. | **All other names used in the last 8 years** | | aka AaronLee Garret Miller |
| 3. | **Address** | 1409 N George St<br>York, PA 17404 | 1409 North George St<br>York, PA 17404 |
| 4. | **Debtor's attorney**<br>Name and address | Dawn Marie Cutaia<br>Fresh Start Law, PLLC<br>1701 West Market Street<br>York, PA 17404 | Contact phone: 717–304–1841<br><br>Email: dmcutaia@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jack N Zaharopoulos<br>Standing Chapter 13<br>(Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Contact phone: 717–566–6097<br><br>Email: info@pamd13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102 | Hours open:<br>Monday – Friday 9:00 AM to 4:00 PM<br><br>Contact phone: (717) 901–2800<br><br>Date: 8/3/26 |

**For more information, see page 2 >**

**Receiving Court Issued Orders and Notices by E–Mail:** (1) Anyone can register for the Electronic Bankruptcy Noticing program at ebn.uscourts.gov. (2) Only Debtors can register for DeBN (Debtor's Electronic Bankruptcy Noticing) by filing a DeBN Request form (https://www.pamb.uscourts.gov/receive–court–notices–and–orders–email–debn ), with the Clerk of Court. Both options are FREE and allow the clerk to quickly send you Court Issued Orders and Notices by E–Mail.

| 7. | **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **Date: September 10, 2026** at **10:00 AM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. For additional information use the QR code or visit: https://www.justice.gov/ust/ust–regions–r03/ region–3–section–341–meetings–0#TrusteeZoom | **Location:** Meeting held by Zoom, visit join.zoom.us, Enter Meeting ID 890 248 6951, Click on Join using passcode 9568534732, or call 1–267–552–4885 |
|---|---|---|---|
|  | ***Valid photo ID and proof of Social Security number are required*** | The Court does not endorse or exercise any responsibility of the content at this link. |  |

| 8. | **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:** | **Filing deadline:** November 9, 2026 |
|---|---|---|---|
|  |  | **You must file:** • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). |  |
|  |  | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: October 9, 2026** |
|  |  | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:  January 27, 2027** |
|  |  | **Deadlines for filing proof of claim:** A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. |  |
|  |  | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**     30 days after the *conclusion* of the meeting of creditors |

| 9. | **Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. |
|---|---|---|
| 10. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| 11. | **Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| 13. | **Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

Case 1:26-bk-02155-HWV    Doc 9    Filed 08/05/26    Entered 08/06/26 00:35:54    Desc
Imaged Certificate of Notice    Page 6 of 6