**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Kimberly J Miller and<br>Aaron Lee Garret Miller | Chapter 13 |
| Debtor | |
| | **26-bk-02155** |
| Kimberly J Miller and<br>Aaron Lee Garret Miller | |
| Movant | Motion to Extend Time |

## MOTION FOR EXTENSION OF TIME

**AND NOW**, the Debtors, by and through their attorney, Dawn Cutaia of Fresh Start Law, PLLC, file this Motion for Extension of Time and in support thereof state the following:

1. Debtor filed an emergency Chapter 13 Bankruptcy petition on July 31, 2026.
2. Debtors and Counsel have had two (2) in-depth appointments to review the balance of their paperwork but their paperwork is not yet complete.
3. Debtors and Counsel have a third (3rd) appointment scheduled for August 28 2026.
4. It is anticipated that at the third appointment all paperwork will be complete and can be filed.

**WHEREFORE**, Debtor respectfully requests this Honorable Court grant them an extension until August 28, 2026.

Respectfully Submitted:
/s/ Dawn M. Cutaia
Attorney for Debtor
Supreme Court ID 77965

**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

Kimberly J Miller and Aaron Lee Garret Miller
Chapter 13

Debtor

**26-bk-02155**

Kimberly J Miller and Aaron Lee Garret Miller

Movant

Motion to Extend Time

**ORDER**

Upon consideration of the Debtor's Motion to Extend Time, said Motion is hereby GRANTED and the Debtor is given an extension until August 28, 2026, to file all required documents.