Certificate Number: 17082-PAM-DE-041418286

Bankruptcy Case Number: 26-02155

17082-PAM-DE-041418286

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 8, 2026, at 7:46 o'clock AM MST, AARON L MILLER completed a course on personal financial management given by internet by Summit Financial Education, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: September 8, 2026

By: /s/Orsolya K Lazar

Name: Orsolya K Lazar

Title: Executive Director