UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>KIMBERLY J MILLER<br>AARON LEE GARRET MILLER<br>Debtors<br><br>JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant<br><br>vs.<br><br>KIMBERLY J MILLER<br>AARON LEE GARRET MILLER<br>Respondents | CHAPTER 13<br><br>CASE NO. 1:26-BK-02155-HWV |

**TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN**

COMES NOW Jack N. Zaharopoulos, who objects to confirmation of the above-referenced Debtors' plan for the following reason(s):

1. Trustee avers that Debtors' Plan is not feasible based upon the following: Secured claim(s) is not in the Plan. (See claim 10-1)

2. The Plan has not been served as required by LR 3015-1(b) as to the creditors listed in Paragraphs 2E and 2G of the Plan as to Mariner Finance and OneMain Financial in regard to the cram downs.

WHEREFORE, the Trustee alleges and avers that the plan cannot be confirmed and, therefore, the Trustee prays that this Honorable Court will:

a. Deny confirmation of Debtors' plan.
b. Dismiss or convert Debtors' case.
c. Provide such other relief as is equitable and just.

Dated: September 10, 2026

Respectfully submitted:

/s/ Jack N. Zaharopoulos

Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

**CERTIFICATE OF SERVICE**

I hereby certify that, on today's date, I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

DAWN MARIE CUTAIA, ESQUIRE
FRESH START LAW, PLLC
1701 WEST MARKET STREET
YORK, PA 17404

Dated: September 10, 2026

/s/ Ashley Schott

Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee