United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02155-HWV
Kimberly J Miller Chapter 13
Aaron Lee Garret Miller
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Sep 10, 2026 Form ID: ntcnfhrg Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberly J Miller, Aaron Lee Garret Miller, 1409 N George St, York, PA 17404-2014 |
| 5829746 | | Affirm Master Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5821978 | + | Afterpay US, Inc. / Klarna, PO Box 328, ATTN Bankruptcy, San Francisco, CA 94104-0328 |
| 5822002 | + | Mariner Finance, 2528 Eastern Blvd, York, PA 17402-2902 |
| 5822006 | | OSS Health, PO Box 7126, Lancaster, PA 17604-7126 |
| 5821976 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5822007 | | Penn State Hershey Hospital, 500 University Drive, Carlisle, PA 17013-3000 |
| 5822022 | + | UPMC Memorial, 1701 Innovation Drive, York, PA 17408-8815 |
| 5822023 | | Upstart, 2950 Soutn Delaware Street, Suite 300, San Mateo, CA 94430 |
| 5822024 | + | Webbank/onemain/fis, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5821977 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 10 2026 19:21:45 | Affirm, 633 Folsom Street, 7th Floor, San Francisco, CA 94107-3618 |
| 5828572 | | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 19:11:21 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5821979 | + | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 19:11:23 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5821980 | + | Email/Text: bk@avant.com | Sep 10 2026 19:08:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 5821981 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 10 2026 19:07:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 5821982 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 10 2026 19:11:08 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5821985 | + | Email/Text: bankruptcy@cfi.org | Sep 10 2026 19:08:00 | CFNC, Attn: Bankruptcy, P.O. Box 41966, Raleigh, NC 27629-1966 |
| 5823397 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 10 2026 19:07:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 5821993 | | Email/Text: cfcbackoffice@contfinco.com | Sep 10 2026 19:07:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 5821983 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2026 19:11:23 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5821984 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2026 19:11:34 | Capitalone, Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5821986 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 10 2026 19:11:08 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |

| | | | | |
|---|---|---|---|---|
| 5821987 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2026 19:21:49 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 5821988 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2026 19:21:49 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5821989 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 10 2026 19:07:00 | Citizensbk, Attn: Bankruptcy, One Citizens Dr., Providence, RI 02903-1344 |
| 5829503 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 10 2026 19:21:44 | Coastal Community Bank, c/o Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 5821990 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2026 19:08:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5821991 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2026 19:08:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5821992 | + | Email/Text: bankruptcy@connexuscu.org | Sep 10 2026 19:08:00 | Connexus Credit Union, Attn: Bankruptcy Department, P.O.Box 8026, Wausau, WI 54402-8026 |
| 5821994 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 10 2026 19:11:26 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5821995 | + | Email/Text: dplbk@discover.com | Sep 10 2026 19:08:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 5821996 | + | Email/Text: mrdiscen@discover.com | Sep 10 2026 19:07:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5821998 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 10 2026 19:07:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 5821997 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 10 2026 19:11:10 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5821999 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 10 2026 19:08:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5821974 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 10 2026 19:08:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5830214 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 10 2026 19:08:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5827835 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 10 2026 19:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5822000 | | Email/Text: customerservice.us@klarna.com | Sep 10 2026 19:07:00 | Klarna, 629 N. High Street, Suite 300, Columbus, OH 43215 |
| 5822001 | | Email/Text: camanagement@mtb.com | Sep 10 2026 19:08:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5827829 | + | Email/Text: camanagement@mtb.com | Sep 10 2026 19:08:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5822004 | | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 10 2026 19:08:00 | Met Ed, PO Box 16001, Reading, PA 19612-6001 |
| 5822003 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 10 2026 19:07:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5832007 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 10 2026 19:08:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5822005 | + | Email/PDF: cbp@omf.com | Sep 10 2026 19:21:45 | One Main Financial, 1 Kennedy St, Lancaster, PA 17602-4098 |
| 5829190 | + | Email/PDF: cbp@omf.com | Sep 10 2026 19:11:33 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |

| | | | | |
|---|---|---|---|---|
| 5822008 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 10 2026 19:11:34 | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 5829724 | | Email/Text: bnc-quantum@quantum3group.com | Sep 10 2026 19:08:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5825342 | | Email/Text: bnc-quantum@quantum3group.com | Sep 10 2026 19:08:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5822009 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Sep 10 2026 19:07:00 | Sezzle, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 5822010 | + | Email/PDF: cbp@omf.com | Sep 10 2026 19:11:21 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5822012 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:23 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5822011 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:04 | Syncb/belk, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5822013 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:34 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5822014 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:04 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5822015 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:22 | Synchrony Bank/Care Credit, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 5822016 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:33 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5822017 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:04 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5822018 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:23 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5822019 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:04 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5822020 | + | Email/Text: bncmail@w-legal.com | Sep 10 2026 19:08:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5822021 | | Email/Text: bknotice@upgrade.com | Sep 10 2026 19:07:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 5822025 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Sep 10 2026 19:11:10 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 5828760 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 10 2026 19:11:23 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5822026 | + | Email/Text: bankruptcynotification@wellspan.org | Sep 10 2026 19:08:00 | Wellspan Health, 1001 S. George St., York, PA 17403-3676 |
| 5821975 | + | Email/Text: kcm@yatb.com | Sep 10 2026 19:07:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Kimberly J Miller dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Aaron Lee Garret Miller dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Kimberly J Miller,<br><br>**Debtor 1**<br><br>Aaron Lee Garret Miller,<br>aka AaronLee Garret Miller,<br><br>**Debtor 2** | Chapter<br><br>Case No. | 13<br><br>1:26−bk−02155−HWV |

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**October 14, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Sylvia H. Rambo US Courthouse, Bankruptcy Courtroom 4B, 1501 N. 6th St, Harrisburg, PA 17102 | Date: October 21, 2026<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Sylvia H. Rambo US Courthouse<br>1501 N. 6th Street<br>Harrisburg, PA 17102<br>(717) 901−2800 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: ChristinaEdris, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 10, 2026 |

ntcnfhrg (08/21)