United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02155-HWV
Kimberly J Miller Chapter 13
Aaron Lee Garret Miller
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1 User: AutoDocke 
Date Rcvd: Sep 10, 2026 Form ID: pdf002 Total Noticed: 66

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 12, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Kimberly J Miller, Aaron Lee Garret Miller, 1409 N George St, York, PA 17404-2014 |
| 5829746 | | Affirm Master Trust, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5821978 | + | Afterpay US, Inc. / Klarna, PO Box 328, ATTN Bankruptcy, San Francisco, CA 94104-0328 |
| 5822002 | + | Mariner Finance, 2528 Eastern Blvd, York, PA 17402-2902 |
| 5822006 | | OSS Health, PO Box 7126, Lancaster, PA 17604-7126 |
| 5821976 | | PA Department of Revenue - Bankrupt, PO Box 280946, Harrisburg, PA 17128-0946 |
| 5822007 | | Penn State Hershey Hospital, 500 University Drive, Carlisle, PA 17013-3000 |
| 5822022 | + | UPMC Memorial, 1701 Innovation Drive, York, PA 17408-8815 |
| 5822023 | | Upstart, 2950 Soutn Delaware Street, Suite 300, San Mateo, CA 94430 |
| 5822024 | + | Webbank/onemain/fis, Po Box 3316, Evansville, IN 47732-3316 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5821977 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 10 2026 19:21:44 | Affirm, 633 Folsom Street, 7th Floor, San Francisco, CA 94107-3618 |
| 5828572 | | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 19:11:33 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5821979 | + | Email/PDF: bncnotices@becket-lee.com | Sep 10 2026 19:11:26 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5821980 | + | Email/Text: bk@avant.com | Sep 10 2026 19:08:00 | Avant/WebBank, 222 North Lasalle Street, Suite 1600, Chicago, IL 60601-1112 |
| 5821981 | | Email/Text: BAC_CreditCard_BNC_Emails@g2risksolutions.com | Sep 10 2026 19:07:00 | Bank of America, Attn: Bankruptcy, P.O.Box 15019, Wilmington, DE 19886 |
| 5821982 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Sep 10 2026 19:11:33 | Best Egg, Attn: Bankrupcty, Po Box 42912, Philadelphia, PA 19101-2912 |
| 5821985 | + | Email/Text: bankruptcy@cfi.org | Sep 10 2026 19:08:00 | CFNC, Attn: Bankruptcy, P.O. Box 41966, Raleigh, NC 27629-1966 |
| 5823397 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 10 2026 19:07:00 | Citizens Bank N.A., 1 Citizens Bank Way Mailstop JCA115, Johnston, RI 02919 |
| 5821993 | | Email/Text: cfcbackoffice@contfinco.com | Sep 10 2026 19:07:00 | Continental Finance Co, Attn: Bankruptcy, Po.Box 3220, Buffalo, NY 12420 |
| 5821983 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2026 19:11:34 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5821984 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 10 2026 19:11:10 | Capitalone, Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5821986 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 10 2026 19:11:33 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |

| | | | | |
|---|---|---|---|---|
| 5821987 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2026 19:21:45 | Citi Card/Best Buy, Attn: Citicorp Cr Srvs Centralized Bankr, Po Box 790040, St Louis, MO 63179-0040 |
| 5821988 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 10 2026 19:21:52 | Citibank, Attn: Bankruptcy Department, P.O.Box 790046, St. Louis, MO 63179-0046 |
| 5821989 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 10 2026 19:07:00 | Citizensbk, Attn: Bankruptcy, One Citizens Dr., Providence, RI 02903-1344 |
| 5829503 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 10 2026 19:21:44 | Coastal Community Bank, c/o Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 5821990 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2026 19:08:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5821991 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 10 2026 19:08:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 183003, Columbus, OH 43218-3003 |
| 5821992 | + | Email/Text: bankruptcy@connexuscu.org | Sep 10 2026 19:08:00 | Connexus Credit Union, Attn: Bankruptcy Department, P.O.Box 8026, Wausau, WI 54402-8026 |
| 5821994 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 10 2026 19:11:10 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5821995 | + | Email/Text: dplbk@discover.com | Sep 10 2026 19:08:00 | Discover Personal Loans, Attn: Bankruptcy, Po Box 30954, Salt Lake City, UT 84130-0954 |
| 5821996 | + | Email/Text: mrdiscen@discover.com | Sep 10 2026 19:07:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5821998 | | Email/Text: collecadminbankruptcy@fnni.com | Sep 10 2026 19:07:00 | First National Bank of Omaha, Attn: Bankruptcy, Po Box 3128, Omaha, NE 68103 |
| 5821997 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Sep 10 2026 19:11:21 | Fingerhut Fetti/Webbank, Attn: Bankruptcy, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 5821999 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Sep 10 2026 19:08:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5821974 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 10 2026 19:08:00 | IRS Centralized Insolvency Oper., Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5830214 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 10 2026 19:08:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5827835 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 10 2026 19:07:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 5822000 | | Email/Text: customerservice.us@klarna.com | Sep 10 2026 19:07:00 | Klarna, 629 N. High Street, Suite 300, Columbus, OH 43215 |
| 5822001 | | Email/Text: camanagement@mtb.com | Sep 10 2026 19:08:00 | M & T Bank, Attn: Bankruptcy, Po Box 844, Buffalo, NY 14240 |
| 5827829 | + | Email/Text: camanagement@mtb.com | Sep 10 2026 19:08:00 | M&T BANK, PO BOX 1508, Buffalo NY 14240-1508 |
| 5822004 | | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 10 2026 19:08:00 | Met Ed, PO Box 16001, Reading, PA 19612-6001 |
| 5822003 | + | Email/Text: bankruptcy@marinerfinance.com | Sep 10 2026 19:07:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5832007 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Sep 10 2026 19:08:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 5822005 | + | Email/PDF: cbp@omf.com | Sep 10 2026 19:11:03 | One Main Financial, 1 Kennedy St, Lancaster, PA 17602-4098 |
| 5829190 | + | Email/PDF: cbp@omf.com | Sep 10 2026 19:11:04 | OneMain Financial Group, LLC, PO Box 3251, Evansville, IN 47731-3251 |

| | | | | |
|---|---|---|---|---|
| 5822008 | + | Email/PDF: ProsperBKDetection@resurgent.com | Sep 10 2026 19:21:48 | Prosper Funding, Llc, Prosper Funding LLC, Attn: Bankruptcy De, 221 Main Street, Ste 300, San Francisco, CA 94105-1909 |
| 5829724 | | Email/Text: bnc-quantum@quantum3group.com | Sep 10 2026 19:08:00 | Quantum3 Group LLC as agent for, Aqua Finance Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 5825342 | | Email/Text: bnc-quantum@quantum3group.com | Sep 10 2026 19:08:00 | Quantum3 Group LLC as agent for, Concora Credit Inc., PO Box 788, Kirkland, WA 98083-0788 |
| 5822009 | | Email/Text: credit-bureau-reporting-disputes@sezzle.com | Sep 10 2026 19:07:00 | Sezzle, 700 Nicollet Mall, Suite 640, Minneapolis, MN 55402 |
| 5822010 | + | Email/PDF: cbp@omf.com | Sep 10 2026 19:11:04 | Springlf Fin, Po Box 1010, Evansville, IN 47706-1010 |
| 5822012 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:33 | Syncb/Care Credit, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5822011 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:04 | Syncb/belk, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5822013 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:08 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5822014 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:33 | Synchrony Bank/American Eagle, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5822015 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:04 | Synchrony Bank/Care Credit, Attn: Bankruptcy Department, Po Box 965065, Orlando, FL 32896-5065 |
| 5822016 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:07 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, P.O. Box 965065, Orlando, FL 32896-5065 |
| 5822017 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:21 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5822018 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:33 | Synchrony Bank/TJX, Attn: Bankruptcy, Po Box 965065, Orlando, FL 32896-5065 |
| 5822019 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 10 2026 19:11:22 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 5822020 | + | Email/Text: bncmail@w-legal.com | Sep 10 2026 19:08:00 | Target NB, Co Financial & Retail Services, Mailstop BT PO Box 9475, Minneapolis, MN 55440-9475 |
| 5822021 | | Email/Text: bknotice@upgrade.com | Sep 10 2026 19:07:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 5822025 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Sep 10 2026 19:11:23 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 5828760 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 10 2026 19:11:10 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5822026 | + | Email/Text: bankruptcynotification@wellspan.org | Sep 10 2026 19:08:00 | Wellspan Health, 1001 S. George St., York, PA 17403-3676 |
| 5821975 | + | Email/Text: kcm@yatb.com | Sep 10 2026 19:07:00 | York Adams Tax Bureau, PO BOX 15627, York, PA 17405-0156 |

TOTAL: 56

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 12, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 10, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dawn Marie Cutaia | on behalf of Debtor 1 Kimberly J Miller dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Dawn Marie Cutaia | on behalf of Debtor 2 Aaron Lee Garret Miller dmcutaia@gmail.com cutaialawecf@gmail.com,R46159@notify.bestcase.com,kelley.freshstartlaw@gmail.com;r46159@notify.bestcase.com |
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor M&T BANK msoboleski@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

Rev. 01/01/26

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Kimberly J Miller<br>Aaron Lee Garret Miller | CHAPTER 13<br>CASE NO. 1:26-bk-02155<br><br>☒ ORIGINAL PLAN<br>____ AMENDED PLAN (Indicate #)<br>☒ Number of Motions to Avoid Liens<br>☒ Number of Motions to Value Collateral |

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☒ Included | ☐ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☒ Included | ☐ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☐ Included | ☒ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

## 1. PLAN FUNDING AND LENGTH OF PLAN.

### A. Plan Payments From Future Income

1. To date, the Debtor paid $__ (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $17,591.40, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 09/26 | 08/29 | 488.65 | 0.00 | 488.65 | 17,591.40 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $17,591.40 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. *Check One:*

☒ Debtor is at or under median income.
*If this is checked, the rest of § 1.A.4 need not be completed or reproduced.*

**B. Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $1,701.00. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines:*

☒ No assets will be liquidated. *If this is checked, skip § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

**2. SECURED CLAIMS.**

**A. Pre-Confirmation Distributions.** *Check One:*

☐ None.
*If this is checked, the rest of § 2.A need not be completed or reproduced.*

☒ Adequate protection and conduit payments in the following amounts will be paid by the Debtor to the Trustee. The Trustee will disburse these payments for which a proof of claim has been filed as soon as practicable after receipt of said payments from the Debtor.

| Name of Creditor | | Last Four Digits of Account Number | Estimated Monthly Payment |
|---|---|---|---|
| Mariner Finance | 2528 Eastern Blvd; York, PA 17402 | 1618 | $100.00 |
| One Main Financial | 1 Kennedy St; Lancaster, PA 17602 | 4421 | $100.00 |

1. The Trustee will not make a partial payment. If the Debtor makes a partial plan payment, or if it is not paid on time and the Trustee is unable to pay timely a payment due on a claim in this section, the Debtor's cure of this default must include any applicable late charges.

2. If a mortgagee files a notice pursuant to Fed. R. Bankr. P. 3002.1(b), the change in the conduit payment to the Trustee will not require modification of this plan.

**B. Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check One*:

☐ None.
*If this is checked, the rest of § 2.B need not be completed or reproduced.*

☒ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| M & T Bank | 1409 N George St , York, PA 17404 York CountyAppraised August 2026 $148,000 | 9148 |

C. **Arrears (Including, but not limited to, claims secured by Debtor's principal residence)**. *Check One:*

☒ None.
*If this is checked, the rest of § 2.C need not be completed or reproduced.*

D . **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

☒ None.
*If this is checked, the rest of § 2.D need not be completed or reproduced.*

E . **Secured claims for which a § 506 valuation is applicable.** *Check One:*

☐ None.
*If this is checked, the rest of § 2.E need not be completed or reproduced.*

☒ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| Mariner Finance | 2013 Nissan Pathfinder 185000 miles Vehicle | $5,385.00 | 8.50% | $6,244.91 | Plan |
| One Main Financial | 2008 Honda Civic Ex Coupe 208979 miles Vehicle | $4,390.00 | 8.50% | $5,091.02 | Plan |

F . **Surrender of Collateral.** *Check One:*

☒ None.
*If this is checked, the rest of § 2.F need not be completed or reproduced.*

G . **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check One:*

☒ None.
*If this is checked, the rest of § 2.G need not be completed or reproduced.*

3. **PRIORITY CLAIMS.**

A. **Administrative Claims**

1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. Attorney's fees. Complete only one of the following options:

a. In addition to the retainer of $ 1572 already paid by the Debtor, the amount of $ 3428 in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

b. The balance of fees owed to the attorney for the debtor(s) is estimated to be $3,428.00. This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured creditors, consistent with the priority scheme established in this plan.

3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
*Check one:*

☒ None.
*If this is checked, the rest of § 3.A.3 need not be completed or reproduced.*

**B. Priority Claims (including, certain Domestic Support Obligations)**

☒ None.
*If this is checked, the rest of § 3.B need not be completed or reproduced.*

**C. Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one:*

☒ None.
*If this is checked, the rest of § 3.C need not be completed or reproduced.*

**4. UNSECURED CLAIMS**

**A. Claims of Unsecured Nonpriority Creditors Specially Classified.**
*Check one:*

☒ None.
*If this is checked, the rest of § 4.A need not be completed or reproduced.*

**B. Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

**5. EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one:*

☒ None.
*If this is checked, the rest of § 5 need not be completed or reproduced.*

**6. VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

☐ plan confirmation.
☒ entry of discharge. Except the 2009 Ford Focus will vest in Debtors at Plan Confirmation
☐ closing of case.

**7. DISCHARGE:** *(Check one)*

☒ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy

**8. ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.

Payments from the plan will be made by the Trustee in the following order:
Level 1: ________
Level 2: ________
Level 3: ________
Level 4: ________
Level 5: ________
Level 6: ________
Level 7: ________
Level 8: ________

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

**9. NONSTANDARD PLAN PROVISIONS**

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)

See vesting paragraph 6 for modification.

Dated: August 28, 2026

/s/ Dawn Cutaia
Dawn Cutaia
Attorney for Debtor

/s/ Kimberly J Miller
Kimberly J Miller
Debtor

/s/ Aaron Lee Garret Miller
Aaron Lee Garret Miller
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com Best Case Bankruptcy